ARTHUR L. PEIRSON and Others, Plaintiffs, v. LLOYDS FIRST MORTGAGE COMPANY, Defendant.  In the Matter of the Application of J. IRVING WEISSMAN for an Order Determining the Amount of and Enforcing His Attorney's Lien against the Judgment and the Proceeds Thereof Obtained by Him as Attorney; in Favor of the Plaintiffs in the Case of ARTHUR L. PEIRSON and Others, as Trustees, Plaintiffs, against LLOYDS FIRST MORTGAGE COMPANY, Defendant, Which Judgment Was Entered with the Clerk of the County of Kings on the 30th Day of November, 1932.  GREATER NEW YORK EXPORT HOUSE, INC., and THOMAS MCKINIRY, as Receiver in Supplementary Proceedings of the Goods, Chattels and Credits of the Plaintiffs, Intervenors, Appellants, and J. IRVING WEISSMAN

and Another, Copartners, Doing Business as WEISSMAN & RAPPS and Others, Respondents.— In view of the decision in *Peirson* v. *Lloyds First Mortgage Co.* (*post*, p. 833), decided herewith, it now appears on the reargument that the appellants Greater New York Export House, Inc., and McKiniry, receiver, were without standing in the action; therefore, the order dated August 28, 1933, on reargument, is unanimously affirmed, with costs. The appeal from the order dated August 14, 1933, is dismissed. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.